**Z PRODUX, INC., Plaintiff–Appellant,**

v.

**MAKE–UP ART COSMETICS, INC., Defendant–Appellee.**

No. 2014–1143.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2014.

Robert D. Katz, Katz PLLC, of Dallas, TX, argued for plaintiff-appellant.

Thomas C. Mahlum, Robins, Kaplan, Miller & Ciresi, L.L.P., of Minneapolis, MN, argued for defendant-appellee. With him on the brief were Jan M. Conlin, Larina A. Alton, and David Martinez.

PROST, Chief Judge, LOURIE and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**